## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                                                    Civil Action No. 8:13-cv-02700-AW

JOHN DOE, subscriber assigned IP address
69.138.65.84,

      Defendant.

_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").   Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.  John Doe was assigned the IP Address 69.138.65.84.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  December 2, 2013

                                                 Respectfully submitted,

                                                 By: ___/s/ *Jon A. Hoppe*_____
                                                 Jon A. Hoppe, Esquire
                                                 jhoppe@mhhhlawfirm.com
                                                 MADDOX, HOPPE, HOOFNAGLE &
                                                 HAFEY, L.L.C.
                                                 1401 Mercantile Lane #105
                                                 Largo, Maryland 20774
                                                 Phone:  301-341-2580
                                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ Jon A. Hoppe_____
Jon A. Hoppe